**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-7631**

CRYSTAL GAIL MANGUM,

Plaintiff - Appellant,

v.

MARIANNE BOND, Durham Police Officer; DURHAM DISTRICT ATTORNEY'S OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:20-cv-00449-CCE-JLW)

Submitted: March 23, 2021                          Decided: March 29, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crystal Gail Mangum, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Gail Mangum appeals the district court's order denying relief on her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mangum v. Bond*, No. 1:20-cv-00449-CCE-JLW (M.D.N.C Oct. 5, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*